■ HELEN SHAUB, Respondent, v CITY OF NEW YORK, Defendant, and RALPH TROCCHIA et al., Appellants. [675 NYS2d 323] —In an action to recover damages for personal injuries, the defendants Ralph Trocchia and Joyce Cross appeal from an order of the Supreme Court, Kings County (Bruno, J.), dated September 3, 1997, which denied their motion for summary judgment dismissing the complaint insofar as asserted against them.

Ordered that the order is affirmed, without costs or disbursements.

There are issues of fact requiring the denial of summary judgment. Mangano, P. J., Copertino, Joy and Florio, JJ., concur.

■ BRUCE M. SULLIVAN, Respondent, v JAMES F. FARRELL III, Appellant. [675 NYS2d 323] —In an action to recover legal fees, the defendant appeals from a judgment of the Supreme Court, Suffolk County (Oshrin, J.), entered June 30, 1997, which, after a nonjury trial, is in favor of the plaintiff and against him in the principal sum of $20,424.80.

Ordered that the judgment is affirmed, with costs.

The determination of the court in a nonjury trial should not be disturbed on appeal unless it is obvious that the court's conclusion could not be reached by any fair interpretation of the evidence (*see, Astoria Fed. Sav. & Loan Assn. v Thrift Assns. Serv. Corp.*, 237 AD2d 475). Here, the evidence supports the court's determination.

The defendant's remaining contention is without merit.

We have not considered the plaintiff's contention regarding the calculation of interest inasmuch as he did not cross-appeal from the judgment. Miller, J. P., Altman, McGinity and Luciano, JJ., concur.